Exhibit #

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF BRONX
---------------------------------------------------------------X   Index No. 808941/2024E
MAMADOUSALIOU BAH,

                                   Plaintiff,   **DEMAND FOR A STATEMENT OF DAMAGES**

    -against-

JERMAINE POTTINGER, UNITED PARCEL SERVICE,
INC., and UPS,

                                  Defendants.
---------------------------------------------------------------X
COUNSELORS:

    PLEASE TAKE NOTICE that the defendant(s), by their attorneys, KRITZER LAW GROUP demand(s) that pursuant to CPLR 3017(c), you serve upon the undersigned within fifteen (15) days, a supplemental demand for relief, setting forth the total damages to which they deem themselves entitled.

    PLEASE TAKE FURTHER NOTICE, that upon failure to produce the aforesaid item at the time and place required in this Demand, a motion will be made to the Court for the appropriate relief with costs.

Dated: Smithtown, New York
        July 16, 2024

                                          Yours, etc.,

                                          KRITZER LAW GROUP

                                          DAVID S. KRITZER, ESQ.
                                          Attorneys for Defendants
                                          180 East Main Street, Suite 204
                                          Smithtown, New York 11787
                                          (631) 979-4777
                                          Our File No.: UPS24-40512

TO:  SHALOM LAW PLLC
     Attorneys for Plaintiff
     105-13 Metropolitan Avenue
     Forest Hills, New York 11375
     (718) 971-9474