

O 631.979.4777
F 631.979.4778
KritzerLawGroup.com

August 4, 2025

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  08/04/2025
```

**MEMO ENDORSED**

<u>Via ECF</u>

Hon. Kathrine H. Parker
United Stated District Court
Southern District of New York
500 Pearl Street, Room 750
New York, NY 10007

Re:   *Mamadousaliou Bah v. Jermaine Pottinger Et Al.*
      Case No. 1:24-cv-06775-ALC

<u>Request for Adjournment of Settlement Conference</u>

Dear Hon. Kathrine H. Parker:

  I represent the defendants in the above-referenced matter and am writing to request an adjournment of the August 12, 2025 Settlement Conference to September 8, 2025 and the August 5, 2025 Settlement Conference Summary Report deadline to September 1, 2025.

  The plaintiff appeared for Independent Medical Examinations on July 10, 2025 and July 24, 2025. As such, expert reports have not yet been received or exchanged. To allow the parties to fully and properly evaluate the claims and obtain settlement authority, the parties have agreed that it would be advantageous to adjourn the conference until after expert reports are received and exchanged.

  Please be advised that due to the observance of the upcoming Jewish high holidays, plaintiff's counsel will be travelling out of country and unavailable from September 18, 2025 to October 15, 2025.

  In light of the foregoing, the parties jointly seek the Court's approval for the following revised deadlines:

• **Expert Rebuttal Reports Due:** On or before October 30, 2025 (extended from Sept. 30, 2025)
• **Depositions of Experts:** On or before November 29, 2025 (extended from October 29, 2025)

  I would greatly appreciate the Court's consideration of this request. If you have any questions or need additional information, please do not hesitate to contact me.

               Respectfully,

               David S. Kritzer

180 East Main St., Ste. 204 Smithtown, New York 11787

# KRITZER
LAW GROUP

cc:   Shalom Law, PLLC – Jonathan@shalomlawny.com

---

**APPLICATION GRANTED:** The settlement conference in this matter scheduled for Tuesday, August 12, 2025 at 10:00 a.m. in Courtroom 17-D, United States Courthouse, 500 Pearl Street, New York, New York is hereby rescheduled to Thursday, October 16, 2025 at 10:00 a.m. Parties must attend in-person with their counsel. Corporate parties must send the person with decision making authority to settle the matter to the conference. The parties are instructed to complete the Settlement Conference Summary Report and prepare pre-conference submissions in accordance with the Judge Parkers Individual Rules of Practice. Pre-conference submissions must be received by <u>the Court no later than</u> October 9, 2025 by 5:00 p.m.
<u>No further extensions will be granted.</u>

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

08/04/2025