UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MAMADOUSALIOU BAH,<br><br>                  Plaintiff,<br><br>-against-<br><br>JERMAINE POTTINGER, et al.,<br><br>                  Defendants. | 1:24-cv-06775 (ALC) (KHP)<br><br>**ORDER** |

**ANDREW L. CARTER, JR., United States District Judge:**

      It having been reported to the Court that this case has been or will be settled, it is hereby ORDERED that the above-captioned action is discontinued without costs and without prejudice to restoring the action to this Court's calendar if the application to restore the action is made within ninety days. All deadlines are adjourned *sine die*.

**SO ORDERED.**

Dated:    October 6, 2025
            New York, New York

                                              **ANDREW L. CARTER, JR.**
                                              **United States District Judge**